UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR04-110-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PROPOSED FINDINGS OF FACT |
| ANTHONY WARD, ) | AND DETERMINATION AS TO |
| ) | ALLEGED VIOLATIONS OF |
| Defendant. ) | SUPERVISED RELEASE |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 28, 2016. The United States was represented by Bruce Miyake, and defendant was represented by Gregory Geist. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about September 29, 2004, on a charge of felon in possession of a firearm. The Hon. Marsha J. Pechman of this court sentenced defendant to 151 months of imprisonment, followed by three years of supervised release. He served this term of imprisonment, and began his term of supervised release on November 26, 2014. This case has

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

been reassigned to the honorable John C. Coughenour.

## PRIOR ALLEGED VIOLATIONS, AND MODIFICATIONS OF CONDITIONS

On three prior occasions in 2016, defendant has tested positive for various controlled substances. On each occasion, defendant wsa reprimanded, and he was referred for treatment and increased testing. The court approved no further action on those occasions.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application dated October 4, 2016, USPO Martin J. Williams alleged that defendant violated the conditions of supervised release in two respects:

1. By using cocaine and marijuana on six dates in August and September of 2016; and

2. By using amphetamine on or before September 14, 2016.

I advised defendant as to these charges and as to these charges and as to his constitutional rights. He admitted all of these alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the five respects alleged, and conduct a disposition hearing. That hearing is set for November 18, 2016, at 9:00 am.

Defendant responded to a summons to appear for initial hearing on revocation. Pending disposition, defendant has been released on a recognizance bond which also incorporates all conditions of his supervised release. Both parties and the U.S. Probation

Office agreed to his release on these conditions.

DATED this 28th day of October, 2016.

s/ John L. Weinberg
United States Magistrate Judge

cc: | Sentencing Judge | : | Hon. John C. Coughenour
 | Assistant U.S. Attorney | : | Bruce Miyake
 | Defense Attorney | : | Gregory Geist
 | U.S. Probation Officer | : | Martin J. Williams

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3